UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JIHSHYR YIH,

                Plaintiff,

    -against-                                       21 **CIVIL** 8828 (KMK)

## **JUDGMENT**

TAIWAN SEMICONDUCTOR
MANUFACTURING COMPANY, LTD.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 19, 2022, Plaintiff's Remand Motion is denied and Defendant's Motion To Dismiss is granted. Because there is no way for Plaintiff to plead around the fact that this Court's lack of personal jurisdiction over Defendant has already been conclusively decided, and amendment would therefore be futile, the Court has dismissed Plaintiff's Complaint with prejudice. See Platform Real Estate v. U.S. Sec. & Exch. Comm'n, No. 19-CV-2575, 2020 WL 4482632, at *5 (S.D.N.Y. Aug. 3, 2020) ("Where a plaintiffs claims are barred by collateral estoppel and further amendment would be futile, dismissal with prejudice is warranted." (citation omitted)); accordingly, the case is closed.

**Dated:**  New York, New York

       May 19, 2022

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                              **BY:**    *K. Mango*

                                                                **Deputy Clerk**